**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 328 EAL 2022

                Respondent                :

                                      :   Petition for Allowance of Appeal

                                      :   from the Order of the Superior Court

              v.                        :

                                        :

KEVIN SILAS,                           :

                                        :

            Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2023, the Petition for Allowance of Appeal, Motion for Stay and Abeyance, "Supplement Petition for Stay and Abeyance and Application for an Evidentiary Hearing," and Application for Leave to File Post-Submission Communication are **DENIED**.